IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| NORTHFIELD INSURANCE COMPANY, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. |
| DAMEN CITGO, INC. and<br>LARRY FINLEY, | ) ) ) ) |
| Defendants. | ) |

## COMPLAINT FOR DECLARATORY JUDGMENT

Plaintiff, NORTHFIELD INSURANCE COMPANY, ("Northfield"), by and through its attorneys, Jeanne M. Hoffmann and Usery & Associates, for its Complaint for Declaratory Judgment states as follows:

## NATURE OF THE ACTION

1. This is an action seeking a declaratory judgment regarding insurance coverage for Northfield's insured Damen Citgo, Inc. in the underlying case captioned *Larry Finley v. 79th and Damen, Inc. and Damen Citgo, Inc.,* No. 2025 L 007200 pending in the Circuit Court of Cook County, Illinois (the "Underlying Action"). Northfield seeks a declaration that it has no duty to defend or indemnify Damen Citgo, Inc. ("Damen Citgo") in connection with the Underlying Action as set forth herein.

## THE PARTIES

2. Plaintiff Northfield is an Iowa corporation with its principal place of business located at One Tower Square, Hartford, Connecticut.

3. Defendant Damen Citgo is an Illinois corporation with its principal place of business located at 7901 S. Damen, Chicago, Illinois.

4. Defendant Larry Finley is an adult individual and resident of Illinois.

## JURISDICTION AND VENUE

5. This Court has subject-matter jurisdiction over this dispute pursuant to 28 U.S.C. §1332, as there is complete diversity of citizenship between the parties and the matter in controversy exceeds $75,000, exclusive of interest and costs.

6. This Court has personal jurisdiction over Defendants by virtue of their contracts with the forum state and pursuant to 735 ILCS 5/2-209 in that Defendants reside in or are doing business in the State of Illinois.

7. Venue is proper pursuant to 28 U.S.C. §1391(a)(2) because a substantial part of the events or omissions giving rise to the claims herein occurred in Chicago, Illinois.

8. An actual justiciable controversy exists between the parties as to coverage afforded under an insurance policy Northfield issued to Damen Citgo.

## FACTUAL BACKGROUND

9. Larry Finley ("Finley") filed the Underlying Action on June 4, 2025. A true and correct copy of the Complaint in the Underlying Action is attached hereto as Exhibit A.

10. In the Underlying Action, Finley alleges that on August 6, 2023 he was lawfully on Damen Citgo's premises located at 7901 S. Damen, Chicago, Illinois.

11. Finley further alleges that an individual named Robert Barnes discharged his weapon on the premises and shot Finley. Finley asserts that he suffered multiple gunshot wounds and was paralyzed below the waist as a result of the injuries he sustained in the shooting.

12. The Underlying Action asserts causes of action against Damen Citgo for Negligence (Special Relationship Duty) and Negligence (Voluntary Undertaking Duty), alleging that Damen Citgo was negligent in failing to provide adequate security at the premises in order to prevent the allegedly foreseeable act of a shooting occurring on the premises.

## THE NORTHFIELD POLICY

13. Northfield issued to Damen Citgo Policy Number WS538663 for the policy period of February 1, 2023 to February 1, 2024 (the "Policy"). A true and correct copy of the Policy is attached hereto as Exhibit B.

14. The Policy provides in relevant part:

Please refer to **COMMERCIAL GENERAL LIABILITY COVERAGE FORM, CG 00 01 (12/07), SECTION I – COVERAGES, COVERAGE A. BODILY INJURY AND PROPERTY DAMAGE LIABILITY**, which states:

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "bodily injury" or "property damage" to which this insurance applies. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "bodily injury" or "property damage" to which this insurance does not apply…

[…]

**EXCLUSION – ASSAULT OR BATTERY - S23-CG (12/21)**

This endorsement modifies insurance provided under the following:

COMMERCIAL GENERAL LIABILITY COVERAGE PART

**PROVISIONS**

**1.** The following exclusion is added to Paragraph **2.**, **Exclusions**, of **SECTION I - COVERAGES - COVERAGE A BODILY INJURY AND PROPERTY DAMAGE LIABILITY**:

**Assault Or Battery**

"Bodily injury" or property damage":

**a.** Arising out of any act of "assault" or "battery" committed by any person, including any act or omission in connection with the prevention or suppression of, or in response to, such "assault" or "battery"; or

3

**b.** That is alleged in any claim or "suit" that also alleges any act of "assault" or "battery".

[…]

**3.** The following is added to the **DEFINITIONS** Section:

"Assault" means any attempt or threat to inflict injury to another, including any conduct that would reasonably place another in apprehension of such injury.

"Battery" means any intentional, reckless or offensive physical contact with, or any use of force against, a person without his or her consent that inflicts some injury, regardless of whether the resulting injury inflicted is intended or expected.

15. Northfield is providing Damen Citgo with a defense in the Underlying Action subject to a reservation of all of its rights under the Policy and specifically as to its right to deny coverage pursuant to the Policy's Assault and Battery Exclusion S23-CG (12/21), and its right to withdraw the defense it is presently providing to Damen Citgo upon a determination that it has no duty to defend or indemnify Damen Citgo in the Underlying Action.

## CLAIM FOR DECLARATORY AND OTHER RELIEF

16. Northfield repeats and realleges the allegations contained in paragraphs 1-15 above as if set forth here in their entirety.

17. The Underlying Action asserts claims against Damen Citgo for liability for bodily injuries arising out of an act of "assault" or "battery" committed by any person as defined by the Policy.

18. Coverage for the claims asserted against Damen Citgo in the Underlying Action are excluded from coverage pursuant to the Policy's exclusion for liability for damages for bodily injuries arising out of an act of "assault" or "battery".

4

19. Because there is no coverage under the Policy for the claims alleged or any damages that may be awarded in the Underling Action against Damen Citgo, Northfield has no duty to defend or to indemnify Damen Citgo relative to the Underlying Action.

20. Because there is no coverage under the Policy for the claims alleged or damages that may be awarded against Damen Citgo in Underlying Action, Northfield is not liable for any claims, judgments, or awards that Finley may obtain in the Underlying Action.

21. An actual, present, and justiciable controversy has arisen and now exists between Northfield and Damen Citgo concerning their respective rights, duties, and obligations, if any, under the Northfield Policy with respect to the Underlying Action.

22. Based on the foregoing, a declaratory judgment is both proper and necessary so that the respective rights, duties, and obligations of the parties may be determined under the respective policy of insurance.

## **PRAYER FOR RELIEF**

WHEREFORE, Travelers Personal Insurance Company respectfully requests that this Honorable Court issue a declaratory judgment as follows:

1. Declaring that there is no coverage under the Northfield Policy for the Underlying Action or any damages or judgment arising therefrom;

2. Declaring that Northfield owes no duty to defend or indemnify the Damen Citgo in the Underlying Action;

3. Declaring that Northfield is entitled to terminate its defense of Damen Citgo in the Underlying Action.

4. Declaring that Northfield is not liable to pay or satisfy any claims, judgments, or awards in the Underlying Action;

5. Granting an award in favor of Northfield for the costs of suit incurred herein; and

6. Granting such other and further relief as the Court may deem just and proper.

Dated: October 24, 2025
Downers Grove, IL

Northfield Insurance Company

By:    /s/ Jeanne M. Hoffmann
Jeanne M. Hoffmann, One of its Attorneys (6201309)
USERY & ASSOCIATES
3010 Highland Pkwy, 4th Floor
Downers Grove, IL 60515
Firm I.D. No.: 100755

**Mailing Address:**
P.O. Box 2996
Hartford, CT 06104-2996

Direct: 630-961-7046
Main: 917-778-6680
Fax: 844-571-3789
Email: Jhoffma8@travelers.com