IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

NORTHFIELD INSURANCE COMPANY,     )
     )
     Plaintiff,     )
     )
     v.     )     Case No. 1:25-cv-12967
     )
DAMEN CITGO, INC.,     )
79TH AND DAMEN, INC., and     )
LARRY FINLEY,     )
     )
     Defendants.     )

**AGREED MOTION FOR ENTRY OF**
**DECLARATORY JUDGMENT PURSUANT TO STIPULATION**

Plaintiff, NORTHFIELD INSURANCE COMPANY, ("Northfield"), by and through its attorneys, Jeanne M. Hoffmann and Usery & Associates, for its Agreed Motion for Entry of Declaratory Judgment Pursuant to Stipulation, states as follows:

1.     This is an action seeking a declaratory judgment regarding insurance coverage for Northfield's insureds Damen Citgo, Inc. ("Damen Citgo") and 79th and Damen, Inc. (79th and Damen"), in the underlying case captioned *Larry Finley v. 79th and Damen, Inc. and Damen Citgo, Inc.,* No. 2025 L 007200 pending in the Circuit Court of Cook County, Illinois (the "Finley Suit").

2.     The Finley suit asserts causes of action against Damen Citgo and 79th and Damen for negligence, alleging that Damen Citgo and 79th and Damen were negligent in failing to provide adequate security at the subject premises to prevent the shooting of Mr. Finley from occurring on said premises.  Amended Complaint, Doc. 18, ¶¶ 11-13.

3.     Northfield is providing Damen Citgo with a defense in the Finley Suit subject to a reservation of all of its rights under Northfield Policy Number WS538663 issued to Damen Citgo, and specifically as to its right to deny coverage pursuant to the Policy's Assault and Battery

Exclusion S23-CG (12/21), and its right to withdraw its defense upon such a determination in this action. Amended Complaint, Doc. 18, ¶¶ 14, 16.

4. Northfield is providing 79th and Damen with a defense in the Finley Suit subject to a reservation of all of its rights under Northfield Policy Number WS548070 issued to 79th and Damen, and specifically as to its right to deny coverage pursuant to the Policy's Assault and Battery Exclusion S23-CG (12/21), its Firearms or Weapons Exclusion S2984-CG (1/16), and its right to withdraw the defense upon such a determination in this action. Amended Complaint, Doc. 18, ¶¶ 17, 20.

5. The Parties have reached a settlement, pursuant to which the insured Defendants have stipulated and agreed that Northfield is entitled to the judgement it seeks in this action. The Stipulation is attached hereto as Exhibit A.

6. Pursuant to the Stipulation, Northfield requests that the Court enter a declaratory judgment in its favor. A proposed judgment is attached hereto as Exhibit B.

7. This motion is brought with the agreement of counsel for the Insured Defendants and Nominal Defendant.

WHEREFORE, for the reasons set forth above, Northfield prays that the Court enter a declaratory judgment as aforesaid.

Northfield Insurance Company

By:   /s/ Jeanne M. Hoffmann
Jeanne M. Hoffmann, One of its Attorneys
(6201309)
USERY & ASSOCIATES
3010 Highland Pkwy, 4th Floor
Downers Grove, IL 60515

**Mailing Address:**
P.O. Box 2996
Hartford, CT 06104-2996

2

Direct: 630-961-7046
Main: 917-778-6680
Fax: 844-571-3789
Email: Jhoffma8@travelers.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on April 21, 2026, she electronically filed the aforementioned documents, pleadings, or papers with the Clerk of the Court using the CM/ECF system which will send electronic notification of such filing to all CM/ECF participants.

*/s/ Jeanne M. Hoffmann*